IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-                                                         03-CR-0034-A

NELSON ROJAS,
                Defendant

---

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 13, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 based upon the defendant, Nelson Rojas, plea of guilty and conviction in the above case, forfeiting the sum of $40,000 United States currency in lieu of his interest in the premises and real property known as 6193 SW 191 Avenue, Pembroke Pines, Florida;

AND WHEREAS, on August 3, August 10 and August 17, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, since final publication date for this action was August 17, 2006, and since that time, no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED, that all right, title and interest in the following property is hereby condemned, forfeited and vested in the United States of America pursuant to Title 21, United States Code, Section 853:

    The sum of $40,000 United States currency; it is further

ORDERED, that the United States Marshal for the Western District of New York shall dispose of the currency in accordance with law; and it is further

ORDERED, that this Court shall retain jurisdiction to resolve any disputes that may arise and shall give full force and effect to this pleading.

IT IS SO ORDERED.

            /s/ *Richard J. Arcara*
            HONORABLE RICHARD J. ARCARA
            CHIEF JUDGE
            UNITED STATES DISTRICT COURT

DATED: September  26  , 2006

All that tract or parcel of land situate in the City of Buffalo, County of Erie and State of New York, and described as follows:

Commencing at a point in the easterly line of Shumway Street 189.70 feet northerly from the northerly line of Howard Street; running thence easterly, near parallel with said line of Howard Street 105 feet; thence northerly parallel with said line of Shumway Street 30 feet; thence westerly nearly parallel to said line of Howard Street 105 feet to said line of Shumway Street and thence southerly along said line of Shumway Street 30 feet, to the

place of beginning; said premises being Subdivision Lot #28 in Block 25 according to map filed in Erie County Clerk's Office in Liber 149 at Page 386.

Exhibit "A"

All that tract or parcel of land situate in the City of Buffalo, County of Erie and State of New York, being part of Lot Number one hundred seventy-nine (179) of the Parish Tract, so called, bounded and described as follows:

Beginning at a point on the east line of East Street, being the west line of said lot number one hundred seventy-nine (179) at a point forty (40) feet northerly from the southwesterly corner of said lot; running thence easterly parallel with the southerly line

of said lot one hundred twenty-two (122) feet; thence northerly parallel with the west line of said lot forty (40) feet; thence westerly parallel with the south line of said lot one hundred twenty-two (122) feet to the west line of said lot and to East Street; thence southerly on the west line of said lot forty (40) feet to the place of beginning.

Exhibit "B"

Exhibit "A"